PROB 12B
(7/93)

Report Date: February 11, 2013

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Robert Wayne Peters | Case Number: 2:06CR02190-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 1/23/2008 | Type of Supervision: Supervised Release |
| Original Offense: Possession With Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 12/13/2012 |
| Original Sentence: Prison - 80 Months; TSR - 36 Months | Date Supervision Expires: 12/12/2016 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

18    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

A review of Mr. Peters supervised release conditions reveal there is a condition to address the need for a substance abuse evaluation and testing for illegal substance, but it does not prohibit the use of alcohol. The defendant completed a substance abuse evaluation, which recommends he participate in the Intensive Outpatient Program (IOP). Mr. Peters has a condition to not drink alcohol to an excess, however, the program has a total abstinence policy, therefore, in an effort to support Mr. Peters successful completion of the program, he has agreed to the noted modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/11/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob 12B
**Re:  Peters, Robert Wayne**
**February 11, 2013**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

s/ Fred Van Sickle
_____
Signature of Judicial Officer
2/12/13
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

18    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness: _____    Signed: _____
Stephen Krous                                           Robert Wayne Peters
U.S. Probation Officer                          Probationer or Supervised Releasee

February 11, 2013
Date