PROB 12C
(7/93)

Report Date: April 2, 2014

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Wayne Peters          Case Number: 0980 2:06CR02190-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: January 23, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Possession With Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison 80 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: | December 13, 2012 |
| Defense Attorney: | TBD | Date Supervision Expires: | December 12, 2016 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1          **Mandatory Condition #2**:  The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Peters was arrested on March 29, 2014, for third degree driving while license suspended and possession of a controlled substance, methamphetamine. He has been charged with these offenses in Yakima County Superior Court, Yakima, Washington, under cause number 14-1-00455-4.  The defendant made an initial appearance in court on March 31, 2014, he posted a $10,000 bond, and was released from custody that same day.

On March 29, 2014, a Yakima County sheriff's deputy observed the defendant driving a vehicle and knew the defendant had a suspended license.  The deputy turned around and observed the defendant park the vehicle and began to walk away.  After the deputy contacted the defendant, they returned to the flat bed pickup truck.  As they approached the vehicle, the officer observed, in plain view, a bag containing a white crystal-like substance.  The deputy recognized the substance as methamphetamine, which field tested positive for the presence of methamphetamine.  The defendant was taken into custody and transported to the Yakima County jail.  While at the jail, located in the defendant's wallet was $2,260 in cash. The defendant informed the deputy he is not currently employed.

The white crystal-like substance weighed 8.84 grams.

Prob12C
**Re: Peters, Robert Wayne**
**April 2, 2014**
**Page 2**

| | | |
|---|---|---|
| | 2 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance. |

**Supporting Evidence**: Please see details from violation #1.

| | | |
|---|---|---|
| | 3 | **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

**Supporting Evidence**: Mr. Peters was cited for third degree driving while license suspended on March 24, 2014, case number 4Z0321171, Yakima County District Court, Yakima, Washington, and the defendant failed to advise this officer of this contact with law enforcement.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 2, 2014

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

4/2/14

Date