PROB 12C
(7/93)

Report Date: April 15, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2014

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Wayne Peters             Case Number: 0980 2:06CR02190-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: January 23, 2008

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison 80 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: December 13, 2012 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: December 12, 2016 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/2/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | **Supporting Evidence**: Robert Peters was arrested on December 31, 2013, by the Yakima County Sheriff's Office after he was observed driving a pickup truck that was involved in a suspicious circumstance at a local residence. He was taken into custody on suspicion of burglary. The deputy determined the defendant had a suspended license and placed him in custody. |
| | The deputy's report indicates the defendant was observed around an abandoned trailer. Deputies attempted to stop the defendant's vehicle, but he continued around the trailer park for a short time. He finally stopped and was taken into custody on driving while license suspended. While the deputy was running an inventory on the pick up truck, he observed what looked like a white crystal like substance on the driver's seat. The deputy stopped the inventory and had the truck towed for further processing. During a warrant search of the vehicle, deputies found more white crystal substance on the floor board. They swept up the suspected methamphetamine, which weighed 20.93 grams. Located behind the seat was a syringe. |

|   |   |   |
|---|---|---|
|   |   | The defendant was charged with driving while license suspended, possession of a controlled substance, methamphetamine, and trespassing. However, the Yakima County Prosecutor's Office has not yet filed charges. |
|   | 5 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance of any paraphernalia related to any controlled substance, expect as prescribed by a physician. |
|   |   | **Supporting Evidence**: Please see violation #4. |
|   | 6 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|   |   | **Supporting Evidence**: Mr. Peters disclosed to this officer and signed an admission form indicating he has been using methamphetamine about every 2 weeks since July 2013. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 15, 2014

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

s/ Fred Van Sickle

Signature of Judicial Officer

4/16/14

Date