PROB 12C
(7/93)

Report Date: June 9, 2016

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Robert Wayne Peters          Case Number: 0980 2:06CR02190-FVS-1

Address of Offender:                    Yakima, WA, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: January 23, 2008

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 80 months; TSR - 48 months |
| Revocation Sentence: | Prison - 14 months; TSR - 22 months |

Type of Supervision: Supervised Release

| | | |
|---|---|---|
| Asst. U.S. Attorney: | James P. Hagarty | Date Supervision Commenced: April 14, 2015 |
| Defense Attorney: | Rick L. Hoffman | Date Supervision Expires: February 13, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Peters admitted to consuming methamphetamine on three occasions; December 22, 2015, February 11, and May 20, 2016. Mr. Peters has been honest with this officer about his use of controlled substances, and has been receptive to corrective actions to prevent future use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C

**Re: Peters, Robert Wayne**
**June 9, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 9, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Fred Van Sickle

Signature of Judicial Officer

June 13, 2016

Date