PROB 12C
(6/16)

Report Date:  May 5, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Wayne Peters        Case Number: 0980 2:06CR02190-MKD-1

Address of Offender:        Yakima, WA, 98901

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. Magistrate Judge

Date of Original Sentence: January 23, 2008

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(c)(1)(C) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 80 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 6/12/2014 | Prison - 14 months; TSR - 22 months | |
| Revocation Sentence: 7/6/2016 | Prison - 0 months; TSR - 18 months | |

| | | |
|---|---|---|
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: July 7, 2016 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: January 6, 2018 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 22**: The offender shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. The offender shall contribute to the cost of treatment according to his ability to pay. The offender shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Peters failed to enter inpatient treatment at Sundown M Ranch on May 4, 2017. |

Prob12C
**Re: Peters, Robert Wayne**
**May 5, 2017**
**Page 2**

Mr. Peters completed a substance abuse assessment at Merit Resource Services on April 20, 2017. Results of the assessment determined Mr. Peters required inpatient treatment services. Arrangements were made for Mr. Peters to begin inpatient treatment at Sundown M. Ranch (Sundown) in Selah, Washington, on May 4, 2017.

On May 3, 2017, Mr. Peters attended his Court session for the Sobriety Treatment and Education Program (STEP) and was reminded of his inpatient treatment requirement. Mr. Peters made a commitment to the program and acknowledged he would show up to Sundown on May 4, 2017, at 8 a.m..

On May 5, 2017, this officer received information from Sundown staff that Mr. Peters failed to show up for inpatient treatment on May 4, 2017. Mr. Peters failed to contact this officer. Contact with his significant other revealed she believed Mr. Peters was in treatment since he and his bags were not at their residence. She further advised she did not know of his current whereabouts.

2    **Standard Condition # 18:** The defendant must follow the instruction of the probation officer related to the conditions of supervision.

**Supporting Evidence**: On May 3, 2017, Mr. Peters was directed by this officer and the STEP Court team to enter into and successfully complete inpatient treatment at Sundown. Mr. Peters was scheduled to begin inpatient treatment on May 4, 2017, at 8 a.m. Mr. Peters failed to show up for treatment as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 5, 2017

s/Phil Casey

Phil Casey

U.S. Probation Officer

**Prob12C**
**Re: Peters, Robert Wayne**
**May 5, 2017**
**Page 3**


THE COURT ORDERS


[   ]   No Action

[X]   The Issuance of a Warrant

[   ]   The Issuance of a Summons

[   ]   Other

_____
Signature of Judicial Officer

5/5/2017
_____
Date