PROB 12C
(7/93)

Report Date: August 14, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Wayne Peters                Case Number: 0980 2:06CR02190-SAB-1

Address of Offender:                    Yakima, WA  98901

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 23, 2008

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 80 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: June 12, 2014 | Prison - 14 months; TSR - 22 months | |
| Revocation Sentence: July 6, 2016 | Prison - 0 months; TSR - 18 months | |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: July 8, 2016 |
| Defense Attorney: | Rick L. Hoffman | Date Supervision Expires: January 6, 2018 |

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 4, 2017.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

3        **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Peters' conditions of supervised release were reviewed with him on August 4, 2016. He signed his conditions acknowledging an understanding of his conditions, which includes special condition number 21, as noted above.

On August 11, 2017, Mr. Peters admitted consuming methamphetamine daily since May, 4, 2017, until his arrest on August 10, 2017. Mr. Peters was honest with this officer about his use of controlled substances while on abscond status from U.S. Probation.

4 **Standard Condition # 15**: The defendant must not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Mr. Peters' conditions of supervised release were reviewed with him on August 4, 2016. He signed his conditions acknowledging an understanding of his conditions, which include standard condition number 15, as noted above.

On August 10, 2017, Mr. Peters was arrested in Toppenish, Washington, after being pulled over by law enforcement. According to the arresting officers, Mark Edmond Willy, was in the vehicle with Mr. Peters when he was pulled over. A records check reveals Mr. Willy is a convicted felon, due to a 2014 conviction for second degree assault. Mr. Willy was also arrested because he had a warrant for not complying with his Washington State community custody requirements.

After Mr. Peters and Mr. Willy were transported to the Yakima County Jail, the arresting officer located two small bags of suspected narcotics in the back of the transport vehicle. Mr. Willy will be charged with possession of a controlled substance once the substances are tested, since the drugs were located on his side of the transport vehicle.

Mr. Peters did not have permission from this officer to associate with Mark Edmond Willy.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 4, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 14, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Peters, Robert Wayne**
**August 14, 2017**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[xx]   The incorporation of the violations(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[xx]   Defendant to appear before the Magistrate Judge.
[ ]    Other

_Signature of Judicial Officer_

8/17/2017

Date